**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KELLWOOD APPAREL, LLC | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 4:20-cv-00477 |
| PAUL PYO, et al. | ) |
| | ) |
| Defendant(s). | ) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Paul Pyo  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    N/A

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    N/A

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    N/A

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Bradley R. Hansmann
Signature (Counsel for Plaintiff/Defendant)
Print Name: Bradley R. Hansmann
Address: 800 Market St. Suite 1100
City/State/Zip: St. Louis, Mo 63101
Phone: (314) 242-5370

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
this day of April 13, 2020.

/s/ Bradley R. Hansmann
Signature