IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLWOOD APPAREL, LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 4:20-cv-00477 |
| PAUL PYO, *et al.*, | ) ) ) |
| Defendants. | ) |

**KELLWOOD APPAREL, LLC'S**
**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Kellwood Apparel, LLC ("Kellwood"), through its undersigned counsel, hereby provides the following information pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none."):

       **N/A**

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

       **N/A**

    c. Any publically held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

       **N/A**

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Kellwood Apparel, LLC has one member: Kellwood Company, LLC, a Delaware entity.

1851795

Dated: April 13, 2020 Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By   /s/ Mary Ann L. Wymore
     Mary Ann L. Wymore, MO #44061
     mlw@greensfelder.com
     Caroline B. Paillou, MO #66977
     cpaillou@greensfelder.com
     10 South Broadway, Suite 2000
     St. Louis, Missouri 63102
     Telephone: (314) 516-2662
     Facsimile: (314) 345-5488

*Attorneys for Kellwood Apparel, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 13th day of April, 2020, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        /s/ Mary Ann L. Wymore

1851795