# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KELLWOOD APPAREL, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20-cv-00477-JAR |
| PAUL PYO, | ) |
| Defendant. | ) |

# ORDER

This matter is before the Court on Defendant's Motion to Transfer Venue. (Doc. 25). In their Stipulation to Transfer Venue and Consolidate Civil Actions, the parties have stipulated that this case be transferred to the United States District Court for the Central District of California and consolidated with a related action in such venue. (Doc. 31).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Transfer Venue (Doc. 25) is **GRANTED**. The Clerk of Court is directed to transfer this case to the Central District of California, where this case shall be consolidated with *Kellwood Apparel, LLC v. Protrend, Ltd., et al.*, Case No. 2:20-cv-00214-MWF-JPR.

Dated this 2nd day of September, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE